# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| GREGORY TYREE BROWN <br> *Plaintiff* <br> v. <br> BERNARD WARNER, et al., <br> *Defendant* | ) ) ) ) ) Civil Action No. 2:13-cv-130-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Report and Recommendation (ECF No. 65), is adpoted in part and rejected in part. Defendant's Motion for Summary Judgment (ECF No. 45) is granting in its entirety.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 11/16/2015

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen